Reset Form

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

# JS-6

Chanel Lacroix, an individual

PLAINTIFF(S)

v.

Time Warner,
Entertainment-Advance/Newhouse
Partnership

DEFENDANT(S).

CASE NUMBER

EDCV 11-01350-VAP -(OPx)

**ORDER DISMISSING CIVIL ACTION**

THE COURT having been advised by Counsel for the parties that the above-entitled action has been settled.  However, to date, counsel have:

☐ failed to file the appropriate stipulation for dismissal, or

☐ failed to respond to the Order to Show Cause Re: Dismissal of Action by reason of:

☒ Other:

See ECF No. 21, Stipulation for Dismissal with prejudice, pursuant to F.R.Civ. P. 41(a)(1)(A)(ii)

IT IS THEREFORE ORDERED that this action is hereby dismissed.

IT IS FURTHER ORDERED that this Order is a final judgment for purposes of Rule 54(a), F.R.Cv.P.  It shall be entered pursuant to Rule 58, F.R.Cv.P., and served upon the parties.

Clerk, U. S. District Court

5/14/12
Date

By  Jim Holmes, Relief CRD
Deputy Clerk

CV-85 (07/97)                    ORDER DISMISSING CIVIL ACTION